1  DANIEL J. BRODERICK, #89424
   Federal Defender
2  CARO MARKS, Bar #159267
   Senior Litigator
3  Designated Counsel for Service
   801 I Street, 3rd Floor
4  Sacramento, California 95814
   Telephone: (916) 498-5700
5

6
   Attorney for Defendant
7  TROY NELSON

8

9
                    IN THE UNITED STATES DISTRICT COURT
10
                   FOR THE EASTERN DISTRICT OF CALIFORNIA
11

12

13
   UNITED STATES OF AMERICA,        )  No. CR-S-09-130 GEB
14                                   )
                    Plaintiff,       )
15                                   )  STIPULATION AND ORDER TO VACATE
        v.                           )  STATUS CONFERENCE, TRIAL
16                                   )  CONFIRMATION HEARING AND JURY
   TROY NELSON,                      )  TRIAL; PROPOSED ORDER
17                                   )
                    Defendant.       )
18                                   )  Date:   June 5, 2009
   _____   )  Time:   9:00 a.m.
19                                      Judge:  Hon. Garland E. Burrell, Jr.

20

21

22      It is hereby stipulated between the parties, Samuel Wong,

23 Assistant United States Attorney, attorney for Plaintiff, and Caro

24 Marks, attorney for defendant Troy Nelson, as follows:

25      The hearing date of April 24, 2009, should be vacated. The TCH and

26 jury trial dates of May 8, 2009 and  May 26, 2009, respectively, should

27 be vacated. The case should be set for a status conference on June 5,

28 2009.

1    The reason for the continuance is that the defense needs time to
2  investigate the case, review the discovery with the defendant, assess
3  the need for research and explore a resolution.

4    IT IS STIPULATED that the period from the date of this Stipulation
5  up to and including June 5, 2009, be excluded in computing the time
6  within which trial must commence under the Speedy Trial Act, pursuant
7  to  18 U.S.C. § 3161(h)(8)(A) & (B)(iv) and Local Code T4, to permit
8  necessary preparation by defense counsel.

9  Dated:  April 21, 2009

10                                      Respectfully submitted,

11                                      DANIEL BRODERICK
                                        Federal Defender
12

13                                      /s/ Caro Marks

                                        _____
14                                      CARO MARKS
                                        Assistant Federal Defender
15                                      Attorney for Defendant
                                        TROY NELSON
16

17  Dated: April 21, 2009

18                                      LARRY G. BROWN
                                        Acting United States Attorney
19

20                                      /s/ Samuel Wong

                                        _____
21                                  By: SAMUEL WONG
                                        Assistant U.S. Attorney
22

23                                      ORDER

24

25    UPON GOOD CAUSE SHOWN and the stipulation of all parties, it is
26  ordered that the hearing presently set for April 24, 2009, be continued
27  to June 5, 2009, at  9:00 a.m.  The TCH and trial dates are also
28  vacated.  Based on the representation of defense counsel and good cause

S/O RE: Nelson                    -2-

1  appearing therefrom, the Court hereby finds that the failure to grant a

2  continuance in this case would deny defense counsel reasonable time

3  necessary for effective preparation, taking into account the exercise

4  of due diligence.  The Court finds that the ends of justice to be

5  served by granting a continuance outweigh the best interests of the

6  public and the defendant in a speedy trial.  It is ordered that time

7  from the date of this stipulation, April 21, 2009, to and including,

8  the June 5, 2009, status conference shall be excluded from computation

9  of time within which the trial of this matter must be commenced under

10  the Speedy Trial Act pursuant to 18 U.S.C. § 3161(h)(8)(A) & (B)(iv)

11  and Local Code T-4, to allow defense counsel time to prepare.

12  Dated:  April 23, 2009

13

14  _____
    GARLAND E. BURRELL, JR.

15  United States District Judge

16

17

18

19

20

21

22

23

24

25

26

27

28