DANIEL J. BRODERICK, #89424
Federal Defender
CARO MARKS, Bar #159267
Senior Litigator
Designated Counsel for Service
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700


Attorney for Defendant
TROY NELSON


IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA


| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. CR-S-09-130 GEB |
| | ) | |
| Plaintiff, | ) | |
| | ) | STIPULATION AND ORDER TO CONTINUE |
| v. | ) | STATUS CONFERENCE |
| | ) | |
| TROY NELSON, | ) | |
| | ) | Date:  July 17, 2009 |
| Defendant. | ) | Time:  9:00 a.m. |
| | ) | Judge: Hon. Garland E. Burrell, Jr. |
| _____ | ) | |

It is hereby stipulated between the parties, Samuel Wong, Assistant United States Attorney, attorney for Plaintiff, and Caro Marks, attorney for defendant Troy Nelson, as follows:

The Status Conference date of June 5, 2009, should be continued until July 17, 2009.

The reason for the continuance is that the defense needs additional time to investigate the case and conduct research. The defendant resides in Susanville, California, and does not travel to Sacramento often. Defense counsel needs more time to discuss the case

1  with him, to review his sentencing guidelines and to review the

2  discovery.

3      IT IS STIPULATED that the period from the date of this

4  Stipulation, June 2, 2009, up to and including July 17, 2009, be

5  excluded in computation of time within which trial must commence under

6  the Speedy Trial Act, pursuant to  18 U.S.C. § 3161(h)(7)(A) & (B)(iv)

7  and Local Code T4, to permit necessary preparation by defense counsel.

8  Dated:  June 2, 2009

9                                  Respectfully submitted,

10                                 DANIEL BRODERICK
                                   Federal Defender

11

12                                 /s/ Caro Marks

13                                 _____
                                   CARO MARKS
                                   Assistant Federal Defender

14                                 Attorney for Defendant
                                   TROY NELSON

15

16  Dated:  June 2, 2009

17                                 LAWRENCE G. BROWN
                                   Acting United States Attorney

18

19                                 /s/ Samuel Wong

20                                 _____
                                   SAMUEL WONG
                                   Assistant U.S. Attorney

21

22                                 ORDER

23

24      UPON GOOD CAUSE SHOWN and the stipulation of all parties, it is

25  ordered that the hearing presently set for June 5, 2009, be continued

26  to July 17, 2009, at  9:00 a.m.  Based on the representations of

27  defense counsel and good cause appearing therefrom, the Court hereby

28  finds that the failure to grant a continuance in this case would deny

1  defense counsel reasonable time necessary for effective preparation,

2  taking into account the exercise of due diligence.  The Court finds

3  that the ends of justice to be served by granting a continuance

4  outweigh the best interests of the public and the defendant in a speedy

5  trial.  It is ordered that time from the date of the parties'

6  stipulation, June 2, 2009, to and including the July 17, 2009, status

7  conference shall be excluded from computation of time within which the

8  trial of this matter must be commenced under the Speedy Trial Act

9  pursuant to 18 U.S.C. § 3161(h)(7)(A) & (B)(iv) and Local Code T-4, to

10  allow defense counsel reasonable time to prepare.

11

12      **IT IS SO ORDERED.**

13  Dated:  June 5, 2009

14

15  _____
    GARLAND E. BURRELL, JR.

16  United States District Judge

17

18

19

20

21

22

23

24

25

26

27

28