DANIEL J. BRODERICK, #89424
Federal Defender
CARO MARKS, Bar #159267
Senior Litigator
Designated Counsel for Service
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700


Attorney for Defendant
TROY NELSON

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. CR-S-09-130 GEB |
| ) | |
| Plaintiff, ) | |
| ) | STIPULATION AND ORDER TO CONTINUE |
| v. ) | STATUS CONFERENCE |
| ) | |
| TROY NELSON, ) | |
| ) | Date:  August 28, 2009 |
| Defendant. ) | Time:  9:00 a.m. |
| ) | Judge: Hon. Garland E. Burrell, Jr. |
| _____ ) | |

It is hereby stipulated between the parties, Samuel Wong, Assistant United States Attorney, attorney for Plaintiff, and Caro Marks, attorney for defendant Troy Nelson, as follows:

The Status Conference date of July 17, 2009, should be continued until August 28, 2009.

The reason for the continuance is as follows: first, while the defense timely received discovery, it has requested additional discovery from the government and is awaiting its receipt. Once the defense receives the discovery it will need time to provide it to the

1  defendant and discuss it with him. The defense anticipates the new
2  discovery might lead to additional discovery requests or more
3  investigation.  Next, the defense needs additional time to investigate
4  the case and conduct research.  Third, the defense has discerned some
5  possible guidelines-related issues and needs additional time to
6  research them. Fourth, while the government has allowed the defense to
7  view the forensic evidence on one occasion, the defense needs to view
8  it again and must make arrangements to do this. Finally, counsel for
9  defendant will be out of the office from July 13-July 21, 2009.
10      IT IS STIPULATED that the period from the date of this Stipulation
11 up to and including August 28, 2009, be excluded in computing the time
12 within which trial must commence under the Speedy Trial Act, pursuant
13 to  18 U.S.C. § 3161(h)(7)(A) & (B)(iv) and Local Code T4, to permit
14 necessary preparation by defense counsel.
15 Dated:  July 1, 2009

                                        Respectfully submitted,

                                        DANIEL BRODERICK
                                        Federal Defender


                                        /s/ Caro Marks
                                        _____
                                        CARO MARKS
                                        Assistant Federal Defender
                                        Attorney for Defendant
                                        TROY NELSON


23 Dated: July 1, 2009

                                        LARRY G. BROWN
                                        Acting United States Attorney


                                        /s/ Samuel Wong
                                        _____
                                        SAMUEL WONG
                                        Assistant U.S. Attorney


Name of Pleading: nelson s/o       -2-

ORDER

UPON GOOD CAUSE SHOWN and the stipulation of all parties, it is ordered that the hearing presently set for July 17, 2009, be continued to August 28, 2009, at 9:00 a.m.  Based on the representations of defense counsel and good cause appearing therefrom, the Court hereby finds that the failure to grant a continuance in this case would deny defense counsel reasonable time necessary for effective preparation, taking into account the exercise of due diligence.  The Court finds that the ends of justice to be served by granting a continuance outweigh the best interests of the public and the defendant in a speedy trial.  It is ordered that time from the date of this stipulation to and including the August 28, 2009, status conference shall be excluded from computation of time within which the trial of this matter must be commenced under the Speedy Trial Act pursuant to 18 U.S.C. § 3161(h)(7)(A) & (B)(iv) and Local Code T-4, to allow defense counsel time to prepare.

**IT IS SO ORDERED.**

Dated:  July 7, 2009

_____
GARLAND E. BURRELL, JR.
United States District Judge

Name of Pleading: nelson s/o        -3-