1  DANIEL J. BRODERICK, #89424
   Federal Defender
2  CARO MARKS, Bar #159267
   Senior Litigator
3  Designated Counsel for Service
   801 I Street, 3rd Floor
4  Sacramento, California 95814
   Telephone: (916) 498-5700

Attorney for Defendant
TROY NELSON

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. CR-S-09-130 GEB |
| ) | |
| Plaintiff, ) | |
| ) | STIPULATION AND ORDER TO CONTINUE |
| v. ) | STATUS CONFERENCE |
| ) | |
| TROY NELSON, ) | |
| ) | Date: October 2, 2009 |
| Defendant. ) | Time: 9:00 a.m. |
| ) | Judge: Hon. Garland E. Burrell, Jr. |
| _____ ) | |

    It is hereby stipulated between the parties, Samuel Wong, Assistant United States Attorney, attorney for Plaintiff, and Caro Marks, attorney for defendant Troy Nelson, as follows:

    The Status Conference date of August 28, 2009, should be continued until October 2, 2009.

    The reason for the continuance is as follows: first, while the defense timely received discovery, it has requested additional discovery from the government and is awaiting its receipt. Thereafter, the defense will need time to review the discovery and meet with the

1  defendant.  More, defense counsel continues to conduct research into
2  this case, which features percipient witnesses who reside in Australia;
3  multiple airport (domestic and international) searches of the defendant
4  by both domestic and international police agencies; and ongoing
5  forensic computer investigation. Finally, the defense needs to view the
6  government's evidence again and must make arrangements to do this.

7       IT IS STIPULATED that the period from the date of this Stipulation
8  up to and including October 2, 2009, 2009, be excluded in computing the
9  time within which trial must commence under the Speedy Trial Act,
10 pursuant to  18 U.S.C. § 3161(h)(7)(A) & (B)(iv) and Local Code T4, to
11 permit necessary preparation by defense counsel.

12 Dated:  August 27, 2009

13                                         Respectfully submitted,

14                                         DANIEL BRODERICK
                                           Federal Defender
15

16                                         /s/ Caro Marks

17                                         _____
                                           CARO MARKS
                                           Assistant Federal Defender
18                                         Attorney for Defendant
                                           TROY NELSON
19

20 Dated: August 27, 2009

21                                         LARRY G. BROWN
                                           Acting United States Attorney
22

23                                         /s/ Samuel Wong

24                                         _____
                                           SAMUEL WONG
                                           Assistant U.S. Attorney
25

26                                         ORDER

27

28       UPON GOOD CAUSE SHOWN and the stipulation of all parties, it is

Name of Pleading: nelson s/o       -2-

ordered that the hearing presently set for August 28, 2009, be continued to October 2, 2009, at 9:00 a.m.  Based on the representations of defense counsel and good cause appearing therefrom, the Court hereby finds that the failure to grant a continuance in this case would deny defense counsel reasonable time necessary for effective preparation, taking into account the exercise of due diligence.  The Court finds that the ends of justice to be served by granting a continuance outweigh the best interests of the public and the defendant in a speedy trial.  It is ordered that time from the date of this stipulation to and including the October 2, 2009, status conference shall be excluded from computation of time within which the trial of this matter must be commenced under the Speedy Trial Act pursuant to 18 U.S.C. § 3161(h)(7)(A) & (B)(iv) and Local Code T-4, to allow defense counsel time to prepare.

**IT IS SO ORDERED.**

Dated:  August 31, 2009

_____
GARLAND E. BURRELL, JR.
United States District Judge

Name of Pleading: nelson s/o       -3-