```
DANIEL J. BRODERICK, Bar #89424
Federal Defender
CARO MARKS, Bar #159267
Senior Litigator
Designated Counsel for Service
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700


Attorney for Defendant
TROY NELSON
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>TROY NELSON,<br><br>　　　　　Defendant.<br>_____ | )  No. CR-S-09-130 GEB<br>)<br>)<br>)  STIPULATION AND ORDER TO CONTINUE<br>)  STATUS CONFERENCE<br>)<br>)<br>)  Date:  November 6, 2009<br>)  Time:  9:00 a.m.<br>)  Judge: Hon. Garland E. Burrell, Jr.<br>) |

　　　It is hereby stipulated between the parties, Samuel Wong, Assistant United States Attorney, attorney for Plaintiff, and Caro Marks, attorney for defendant Troy Nelson, as follows:

　　　The Status Conference date of October 2, 2009, should be continued until November 6, 2009.

　　　The reason for the continuance is that virtually the entire alleged offense takes place in Australia.  Defense counsel has been diligent about undertaking investigation in Australia, but needs additional time to complete investigation of the percipient witness, a minor residing in Australia.  Finally, there may be some discovery outstanding and counsel needs time to receive and review it.

1        IT IS STIPULATED that the period from the date of this
2   Stipulation up to and including November 6, 2009, be excluded in
3   computing the time within which trial must commence under the Speedy
4   Trial Act, pursuant to 18 U.S.C. § 3161(h)(7)(A) & (B)(iv) and Local
5   Code T4, to permit necessary preparation by defense counsel.
6   Dated:  October 1, 2009
7                                       Respectfully submitted,
8                                       DANIEL BRODERICK
                                        Federal Defender
9
10                                      /s/ Caro Marks
                                        _____
11                                      CARO MARKS
                                        Assistant Federal Defender
12                                      Attorney for Defendant
                                        TROY NELSON
13
14  Dated: October 1, 2009
15                                      LARRY G. BROWN
                                        Acting United States Attorney
16
17                                      /s/ Samuel Wong
                                        _____
18                                      SAMUEL WONG
                                        Assistant U.S. Attorney
19
20                          ORDER
21
22       UPON GOOD CAUSE SHOWN and the stipulation of all parties, it is
23  ordered that the hearing presently set for October 2, 2009, be
24  continued to November 6, 2009, at 9:00 a.m.  Based on the
25  representations of defense counsel and good cause appearing therefrom,
26  the Court hereby finds that the failure to grant a continuance in this
27  case would deny defense counsel reasonable time necessary for effective
28  preparation, taking into account the exercise of due diligence.  The

Nelson s/o                          -2-

1 Court finds that the ends of justice to be served by granting a
2 continuance outweigh the best interests of the public and the defendant
3 in a speedy trial.  It is ordered that time from the date of this
4 stipulation to and including the November 6, 2009, status conference
5 shall be excluded from computation of time within which the trial of
6 this matter must be commenced under the Speedy Trial Act pursuant to 18
7 U.S.C. § 3161(h)(7)(A) & (B)(iv), to allow defense counsel time to
8 prepare.

9     **IT IS SO ORDERED.**

10 Dated:  October 2, 2009

12                     GARLAND E. BURRELL, JR.
13                     United States District Judge

Nelson s/o                                -3-