DANIEL J. BRODERICK, Bar #89424
Federal Defender
CARO MARKS, Bar #159267
Senior Litigator
Designated Counsel for Service
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700

Attorney for Defendant
TROY NELSON

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. CR-S-09-130 GEB |
| ) | |
| Plaintiff, ) | |
| ) | STIPULATION AND ORDER TO CONTINUE |
| v. ) | STATUS CONFERENCE |
| ) | |
| TROY NELSON, ) | |
| ) | Date:  December 4, 2009 |
| Defendant. ) | Time:  9:00 a.m. |
| ) | Judge: Hon. Garland E. Burrell, Jr. |
| _____ ) | |

It is hereby stipulated between the parties, Samuel Wong, Assistant United States Attorney, attorney for Plaintiff, and Caro Marks, attorney for defendant Troy Nelson, as follows:

The Status Conference date of November 6, 2009, should be continued until December 4, 2009.

The reason for the continuance is to allow counsel adequate time to meet and confer about the case, and to see if they can resolve it. Defense counsel has amassed records and other witness statements from sources in Australia familiar with the case (this court may recall, as discussed in the last stipulation filed, that the most of the conduct in this case occurred in that country).  Counsel needs time to present

these documents to the prosecutor. Defense counsel is also presently researching whether to move the court to allow the parties to take depositions in Australia in this matter. All these tasks require additional time, and the parties so agree.

    IT IS STIPULATED that the period from the date of this Stipulation up to and including December 4, 2009, be excluded in computing the time within which trial must commence under the Speedy Trial Act, pursuant to 18 U.S.C. § 3161(h)(7)(A) & (B)(iv) and Local Code T4, to permit necessary preparation by defense counsel.

Dated: November 4, 2009

    Respectfully submitted,

    DANIEL BRODERICK
    Federal Defender

    /s/ Caro Marks

    _____
    CARO MARKS
    Assistant Federal Defender
    Attorney for Defendant
    TROY NELSON

Dated: November 4, 2009

    LARRY G. BROWN
    Acting United States Attorney

    /s/ Samuel Wong

    _____
    SAMUEL WONG
    Assistant U.S. Attorney

ORDER

    UPON GOOD CAUSE SHOWN and the stipulation of all parties, it is ordered that the hearing presently set for November 6, 2009, be continued to December 4, 2009, at 9:00 a.m. Based on the

Nelson s/o     -2-

1  representations of defense counsel and good cause appearing therefrom,
2  the Court hereby finds that the failure to grant a continuance in this
3  case would deny defense counsel reasonable time necessary for effective
4  preparation, taking into account the exercise of due diligence.  The
5  Court finds that the ends of justice to be served by granting a
6  continuance outweigh the best interests of the public and the defendant
7  in a speedy trial.  It is ordered that time from the date of this
8  stipulation to and including the December 4, 2009, status conference
9  shall be excluded from computation of time within which the trial of
10 this matter must be commenced under the Speedy Trial Act pursuant to 18
11 U.S.C. § 3161(h)(7)(A) & (B)(iv), to allow defense counsel time to
12 prepare.
13     **IT IS SO ORDERED.**
14 Dated:  November 12, 2009

_____
GARLAND E. BURRELL, JR.
United States District Judge

Nelson s/o                        -3-