DANIEL J. BRODERICK, Bar #89424
Federal Defender
CARO MARKS, Bar #159267
Designated Counsel for Service
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700

Attorney for Defendant
TROY NELSON

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>          Plaintiff,<br><br>   v.<br><br>TROY NELSON,<br><br>          Defendant.<br>_____ | No. CR-S-09-130 GEB<br><br>STIPULATION AND ORDER TO CONTINUE STATUS CONFERENCE<br><br>Date:  January 29, 2010<br>Time:  9:00 a.m.<br>Judge: Hon. Garland E. Burrell, Jr. |

It is hereby stipulated between the parties, Samuel Wong, Assistant United States Attorney, attorney for Plaintiff, and Caro Marks, attorney for defendant Troy Nelson, as follows:

The Status Conference date of December 4, 2009, should be continued until January 29, 2010.

The reason for the continuance is that defense counsel has amassed considerable "reciprocal discovery" to provide to the government. Most of it is here and ready to be disclosed to the government, but there is still some outstanding discovery in Australia, where the minor involved in the case resides, and where defense counsel has retained a legal team for help defending the case. The defense expects this additional evidence to arrive in the next several weeks, and if it qualifies as

1  "reciprocal discovery", will then disclose it to the government.
2  The defense needs time to scan all the reciprocal discovery, send
3  it to the government, allow the government to review it, allow the
4  government to conduct any resultant investigation, and then allow both
5  parties to meet about it. As stated, the defense contemplates the
6  arrival of more defense evidence from Australia in the next several
7  weeks. That waiting period, in addition to the upcoming holidays, and
8  both counsel's January trial schedules, means it will take until
9  January 29, 2010, to complete these tasks.
10  IT IS STIPULATED that the period from the date of this
11  Stipulation up to and including January 29, 2010, be excluded in
12  computing the time within which trial must commence under the Speedy
13  Trial Act, pursuant to 18 U.S.C. § 3161(h)(7)(A) & (B)(iv) and Local
14  Code T4, to permit necessary preparation by defense counsel.
15  Dated:  December 2, 2009

Respectfully submitted,

DANIEL BRODERICK
Federal Defender

/s/ Caro Marks
_____
CARO MARKS
Assistant Federal Defender
Attorney for Defendant
TROY NELSON

Dated: December 2, 2009

BENJAMIN WAGNER
United States Attorney

/s/ Samuel Wong
_____
SAMUEL WONG
Assistant U.S. Attorney

Nelson s/o                                -2-

**ORDER**

UPON GOOD CAUSE SHOWN and the stipulation of all parties, it is ordered that the hearing presently set for December 4, 2009, be continued to January 29, 2010, at 9:00 a.m.  Based on the representations of defense counsel and good cause appearing therefrom, the Court hereby finds that the failure to grant a continuance in this case would deny defense counsel reasonable time necessary for effective preparation, taking into account the exercise of due diligence.  The Court finds that the ends of justice to be served by granting a continuance outweigh the best interests of the public and the defendant in a speedy trial.  It is ordered that time from the date of this stipulation to and including the January 29, 2010, status conference shall be excluded from computation of time within which the trial of this matter must be commenced under the Speedy Trial Act pursuant to 18 U.S.C. § 3161(h)(7)(A) & (B)(iv), to allow defense counsel time to prepare.

**IT IS SO ORDERED.**

Dated:  December 3, 2009

_____
GARLAND E. BURRELL, JR.
United States District Judge

Nelson s/o                                    -3-