```
 1  DANIEL J. BRODERICK, Bar #89424
    Federal Defender
 2  CARO MARKS, Bar #159267
    Designated Counsel for Service
 3  801 I Street, 3rd Floor
    Sacramento, California 95814
 4  Telephone: (916) 498-5700

 5
    Attorney for Defendant
 6  TROY NELSON

 7

 8              IN THE UNITED STATES DISTRICT COURT

 9             FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11  UNITED STATES OF AMERICA,    )  No. CR-S-09-130 GEB
                                 )
12              Plaintiff,       )
                                 )  STIPULATION AND ORDER TO CONTINUE
13       v.                      )  STATUS CONFERENCE
                                 )
14  TROY NELSON,                 )
                                 )  Date:  February 19, 2010
15              Defendant.       )  Time:  9:00 a.m.
                                 )  Judge: Hon. Garland E. Burrell, Jr.
16  _____)
```

17     It is hereby stipulated between the parties, Samuel Wong,
18 Assistant United States Attorney, attorney for Plaintiff, and Caro
19 Marks, attorney for defendant Troy Nelson, as follows:

20     The Status Conference date of January 29, 2010, should be
21 continued until February 19, 2010.

22     The reason for the continuance is that defense counsel has amassed
23 considerable "reciprocal discovery" to provide to the government. Most
24 of it is here and ready to be disclosed to the government, but there is
25 still some outstanding discovery in Australia, where the minor involved
26 in the case resides, and where defense counsel has retained a legal
27 team for help defending the case. The defense expects this additional
28 evidence to arrive in the next several weeks, and if it qualifies as

"reciprocal discovery", will then disclose it to the government.

The defense needs time to scan all the reciprocal discovery, send it to the government, allow the government to review it, allow the government to conduct any resultant investigation, and then allow both parties to meet about it. As stated, the defense contemplates the arrival of more defense evidence from Australia in the next several weeks. That waiting period, in addition to the upcoming holidays, and both counsel's January trial schedules, means it will take until February 19, 2010, to complete these tasks.

IT IS STIPULATED that the period from the date of this Stipulation up to and including February 19, 2010, be excluded in computing the time within which trial must commence under the Speedy Trial Act, pursuant to 18 U.S.C. § 3161(h)(7)(A) & (B)(iv) and Local Code T4, to permit necessary preparation by defense counsel.

Dated:  December 3, 2009

                                        Respectfully submitted,

                                        DANIEL BRODERICK
                                        Federal Defender

                                        /s/ Caro Marks
                                        _____
                                        CARO MARKS
                                        Assistant Federal Defender
                                        Attorney for Defendant
                                        TROY NELSON

Dated: December 3, 2009

                                        BENJAMIN WAGNER
                                        United States Attorney

                                        /s/ Samuel Wong
                                        _____
                                        SAMUEL WONG
                                        Assistant U.S. Attorney

**ORDER**

UPON GOOD CAUSE SHOWN and the stipulation of all parties, it is ordered that the hearing presently set for January 29, 2010, be continued to February 19, 2010, at 9:00 a.m.  Based on the representations of defense counsel and good cause appearing therefrom, the Court hereby finds that the failure to grant a continuance in this case would deny defense counsel reasonable time necessary for effective preparation, taking into account the exercise of due diligence.  The Court finds that the ends of justice to be served by granting a continuance outweigh the best interests of the public and the defendant in a speedy trial.  It is ordered that time from the date of this stipulation to and including the February 19, 2010, status conference shall be excluded from computation of time within which the trial of this matter must be commenced under the Speedy Trial Act pursuant to 18 U.S.C. § 3161(h)(7)(A) & (B)(iv), to allow defense counsel time to prepare.

**IT IS SO ORDERED.**

Dated:  December 7, 2009

_____
GARLAND E. BURRELL, JR.
United States District Judge

Nelson s/o                                    -3-