```
 1  DANIEL J. BRODERICK, Bar #89424
    Federal Defender
 2  CARO MARKS, Bar #159267
    Designated Counsel for Service
 3  801 I Street, 3rd Floor
    Sacramento, California 95814
 4  Telephone: (916) 498-5700

 5
    Attorney for Defendant
 6  TROY NELSON

 7

 8                IN THE UNITED STATES DISTRICT COURT

 9                FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11  UNITED STATES OF AMERICA,    ) No. CR-S-09-130 GEB
                                 )
12              Plaintiff,       )
                                 ) STIPULATION AND ORDER TO CONTINUE
13      v.                       ) STATUS CONFERENCE
                                 )
14  TROY NELSON,                 )
                                 ) Date:  April 2, 2010
15              Defendant.       ) Time:  9:00 a.m.
                                 ) Judge: Hon. Garland E. Burrell, Jr.
16  _____)
```

17      It is hereby stipulated between the parties, Samuel Wong,

18  Assistant United States Attorney, and Caro Marks, attorney for

19  defendant Troy Nelson, as follows:

20      The Status Conference date of February 19, 2010, should be

21  continued until April 2, 2010.

22      The reasons for the continuance are:

23      1. The United States has made a plea offer to the defendant.

24  Defense counsel conveyed it to the defendant in a lengthy meeting on

25  Tuesday, February 16, 2010.  In this case, whether to take this offer

26  is an extremely difficult decision for the defendant, as it could

27  impact the rest of his life in terms of his ability to work, travel, or

28  associate with certain persons. As such, defendant needs more time to

1 consider his options, and, in particular, the new offer tendered by the
2 government.
3     2. As noted in previous stipulations, the percipient witness in
4 this alleged offense, as well as most of the conduct relevant to the
5 charged offenses, is located in Australia.  Over a year ago the defense
6 retained a private investigator and attorney in Australia, who have
7 aided in the development of a viable defense case. However, there is
8 still work to be done both here and in that country.
9     3. The defense needs additional time to conduct research. It is
10 possible counsel for both parties may have to travel to Australia to
11 take the deposition of the percipient witness there.  Defense counsel
12 needs time to research both the legal and administrative framework to
13 accomplish this mission.
14     IT IS STIPULATED that the period from the date of this
15 Stipulation, February 18, 2010, up to and including the date of the new
16 status conference, April 2, 2010, be excluded in computing the time
17 within which trial of this matter must be commenced under the Speedy
18 Trial Act, pursuant to 18 U.S.C. § 3161(h)(7)(A) & (B)(iv) and Local
19 Code T4, to permit necessary preparation by defense counsel.
20 Dated:  February 18, 2010

                      Respectfully submitted,

                      DANIEL BRODERICK
                      Federal Defender

                      */s/ Caro Marks*
                      _____
                      CARO MARKS
                      Assistant Federal Defender
                      Attorney for Defendant
                      TROY NELSON

Dated: February 18, 2010

                                         BENJAMIN WAGNER
                                         United States Attorney

                                         */s/ Samuel Wong*
                                         _____
                                         SAMUEL WONG
                                         Assistant U.S. Attorney

## ORDER

UPON GOOD CAUSE SHOWN and the stipulation of all parties, it is ordered that the hearing presently set for February 19, 2010, be continued to April 2, 2010, at 9:00 a.m. Based on the representations of defense counsel and good cause appearing therefrom, the Court hereby finds that the failure to grant a continuance in this case would deny defense counsel reasonable time necessary for effective preparation, taking into account the exercise of due diligence. The Court finds that the ends of justice to be served by granting a continuance outweigh the best interests of the public and the defendant in a speedy trial. It is ordered that time from the date of this the parties' stipulation, February 18, 2010, to and including the April 2, 2010, status conference shall be excluded from computation of time within which the trial of this matter must be commenced under the Speedy Trial Act pursuant to 18 U.S.C. § 3161(h)(7)(A) & (B)(iv) and Local Code T4, to allow defense counsel time to prepare.

**IT IS SO ORDERED.**

Dated: February 22, 2010

_____
GARLAND E. BURRELL, JR.
United States District Judge

Nelson s/o                                           -3-

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

Nelson s/o                              -4-