DANIEL J. BRODERICK, Bar #89424
Federal Defender
CARO MARKS, Bar #159267
Designated Counsel for Service
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700

Attorney for Defendant
TROY NELSON

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. CR-S-09-130 GEB |
| Plaintiff, | |
| v. | STIPULATION AND ORDER TO CONTINUE STATUS CONFERENCE |
| TROY NELSON, | |
| Defendant. | Date:  June 25, 2010<br>Time:  9:00 a.m.<br>Judge: Hon. Garland E. Burrell, Jr. |

It is hereby stipulated between the parties, Samuel Wong, Assistant United States Attorney, and Caro Marks, attorney for defendant Troy Nelson, as follows:

The Change of Plea date of May 21, 2010, should be continued until June 25, 2010.

The reasons for the continuance are to give defense counsel sufficient time to review the plea agreement with the defendant, in particular, the ramifications under the Adam Walsh Act of a guilty plea to the charged offense.  Defense counsel has completed necessary research and needs additional time to advise the defendant on the "sex offender registration" portion of that Act as it will affect him.  The parties anticipate that matter will resolve by entry of a guilty plea

1 | on June 25, 2010.

2 |     IT IS STIPULATED that the period from the date of this
3 | Stipulation, June 4, 2010, up to and including the date of the new
4 | status conference/entry of plea, June 25, 2010, be excluded in
5 | computing the time within which trial of this matter must be commenced
6 | under the Speedy Trial Act, pursuant to 18 U.S.C. § 3161(h)(7)(A) &
7 | (B)(iv) and Local Code T4, to permit necessary preparation by defense
8 | counsel.

9 | Dated: June 4, 2010

                                                    Respectfully submitted,

                                                    DANIEL BRODERICK
Federal Defender

*/s/ Caro Marks*
_____
CARO MARKS
Assistant Federal Defender
Attorney for Defendant
TROY NELSON

Dated: June 4, 2010

                                                    BENJAMIN WAGNER
United States Attorney

By:  */s/ Samuel Wong*
_____
SAMUEL WONG
Assistant U.S. Attorney

Nelson s/o                                       -2-

**ORDER**

UPON GOOD CAUSE SHOWN and the stipulation of all parties, it is ordered that the hearing previously set for May 21, 2010, be continued to June 25, 2010, at 9:00 a.m.  Based on the representations of defense counsel and stipulation of the parties, and good cause appearing therefrom, the Court hereby finds that the failure to grant a continuance in this case would deny defense counsel reasonable time necessary for effective preparation, taking into account the exercise of due diligence.  The Court finds that the ends of justice to be served by granting a continuance outweigh the best interests of the public and the defendant in a speedy trial.  It is ordered that time from the date of this the parties' stipulation, June 4, 2010, to and including the June 25, 2010, change of plea hearing shall be excluded from computation of time within which the trial of this matter must be commenced under the Speedy Trial Act pursuant to 18 U.S.C. § 3161(h)(7)(A) & (B)(iv) and Local Code T4, to allow defense counsel time to prepare.

**IT IS SO ORDERED.**

Dated:  June 4, 2010

_____
GARLAND E. BURRELL, JR.
United States District Judge

Nelson s/o                              -3-