```
BENJAMIN B. WAGNER
United States Attorney
SAMUEL WONG
Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, California  95814
Telephone: (916) 554-2772
```

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> TROY NELSON, ) <br> ) <br> Defendant. ) <br> ) <br>  ) | No. 2:CR-09-130 GEB <br> **STIPULATION AND ORDER CONTINUING STATUS CONFERENCE DATE AND EXCLUDING TIME UNDER THE SPEEDY TRIAL ACT** <br> Date:   June 25, 2010 <br> Time:   10:00 a.m. <br> Court:  Hon. Garland E. Burrell |

It is hereby stipulated and agreed by and between plaintiff United States of America, on the one hand, and defendant Troy Nelson, on the other hand, through their respective attorneys, that:  (1) the status conference scheduled for June 25, 2010, at 9:00 a.m., shall be continued to August 6, 2010, at 9:00 a.m.; and (2) time from the date of this stipulation, June 24, 2010, through, and including, the date of the new status conference on August 6, 2010, shall be excluded from computation of time within which the trial of this matter must be commenced under the Speedy Trial Act, pursuant to 18 U.S.C. § 3161(h)(7)(A) and (B)(iv) and Local Code T4 (continuity of defense counsel and preparation of

1

1  both counsel).
2      The continuance requested herein is to allow additional time
3  for defense counsel to care for a relative who recently became
4  ill, and defense counsel expects to be away from the office at
5  least for the approximate next week.  Moreover, defense counsel
6  needs additional time to explain the ramifications of any
7  conviction to her client so that a guilty plea, if any, would be
8  informed and voluntary.  Counsel for the respective parties need
9  additional time to explore avenues of settling this case as there
10 remain factual and legal issues to resolve.  Additional time is
11 needed as defense counsel has requested that the prosecutor
12 discuss with the alleged minor victim, the victim's view of a
13 fair and just resolution of this case.  In addition, the
14 prosecutor needs time to discuss with the alleged minor victim's
15 parents, as her legal guardians, proposals to resolve this case.
16 Under the Crime Victim's Rights Act, 18 U.S.C. § 3771, the victim
17 and/or her legal guardians have a right to be heard prior to
18 settlement of this case.  This task of discussing this case with
19 the minor and/or her legal guardians is made more difficult as
20 the minor and legal guardians are residents of Australia, which
21 ///
22 ///
23 ///
24
25
26
27
28

2

is approximately 17 hours ahead of California time.  The differences in legal systems in Australia and the United States complicate the matter as well.

```
Dated:  June 24, 2010                /s/ Caro Marks
                                     _____
                                     CARO MARKS
                                     Assistant Federal Defender
                                     Attorney for defendant
                                     Troy Nelson
                                     (per email authorization from
                                     Becky Darwazeh)


Dated:  June 24, 2010                BENJAMIN B. WAGNER
                                     UNITED STATES ATTORNEY

                                             /s/ Samuel Wong
                                     By:  _____
                                     SAMUEL WONG
                                     Assistant U.S. Attorney
```

ORDER

The Court, having received, read, and considered the stipulation of the parties, and good cause appearing therefrom, adopts the stipulation of the parties in its entirety as its order. Based on the stipulation of the parties and the recitation of facts contained therein, the Court finds that the ends of justice served by the granting of such continuance outweigh the interests of the public and defendant in a speedy trial. The Court also finds the requested continuance is necessary to provide both counsel reasonable time necessary for effective preparation, taking into account the exercise of due diligence for the reasons stated in the stipulation. It is ordered that the time from the date of the parties' stipulation, June 24, 2010, to and including August 6, 2010, shall be excluded from computation of time within which the trial of this case must be commenced under the Speedy Trial Act, pursuant to 18 U.S.C. § 3161(h)(7)(A) and (B)(iv) and Local Code T4 (continuity of defense counsel and preparation of both counsel).

It is further ordered that the June 25, 2010, status conference shall be continued until August 6, 2010, at 9:00 a.m.

It is so ordered.

Dated: June 24, 2010

_____
GARLAND E. BURRELL, JR.
United States District Judge