DANIEL J. BRODERICK, #89424
Federal Defender
CARO MARKS, Bar #159267
Designated Counsel for Service
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700

Attorney for Defendant
TROY NELSON

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. CR-S-09-130 GEB |
| | ) | |
| Plaintiff, | ) | AMENDED |
| | ) | ORDER TO MODIFY CONDITIONS OF |
| v. | ) | RELEASE |
| | ) | |
| TROY NELSON, | ) | |
| Defendant | ) | |
| _____ | ) | |
| | ) | |
| | ) | |

Pretrial Services, through defense counsel, Caro Marks, hereby requests the court to amend the defendant's conditions of release as follows:

Conditions of release shall be amended to include the following condition:

**You shall participate in a program of medical or psychiatric treatment, including treatment for drug or alcohol dependency, as approved by the pretrial services officer.**

Dated:  August 17, 2010

Respectfully submitted,

DANIEL J. BRODERICK
Federal Defender

/s/ Caro Marks

_____
CARO MARKS
Attorney for Defendant
TROY NELSON

1    **IT IS SO ORDERED.**

2    August 18, 2010                /s/ Gregory G. Hollows

3                                           GREGORY G. HOLLOWS
                                          UNITED STATES MAGISTRATE JUDGE

4

5    nelson130.mod

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Name of Pleading                 -2-