```
 1  DANIEL J. BRODERICK, #89424
    Federal Defender
 2  CARO MARKS, Bar #159267
    Designated Counsel for Service
 3  801 I Street, 3rd Floor
    Sacramento, California 95814
 4  Telephone: (916) 498-5700

 5

 6  Attorney for Defendant
    TROY NELSON
 7

 8
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) No. 2:09-cr-00130 GEB |
|---|---|
| Plaintiff, | ) |
| v. | ) STIPULATION TO MODIFY CONDITIONS |
|  | ) OF PRETRIAL RELEASE AND ORDER |
| TROY NELSON, | ) |
| Defendant. | ) |

Troy Nelson, by and through his attorney, Caro Marks, the United States of America, by and through its counsel, Samuel Wong, and Pretrial Services Officer Steven Sheehan, hereby jointly agree and stipulate to amend the defendant's conditions of release as follows:

The defendant's conditions of release shall be amended to add the following: **defendant may travel to Reno, Nevada, to visit family members so long as he obtains the prior approval of his Pretrial Services Officer.**

1  Accordingly, all parties and Mr. Nelson agree with the above
2 modification.

4 Dated:  September 20, 2010          Respectfully submitted,

5                                      DANIEL J. BRODERICK
                                       Federal Defender

7                                      /s/ Caro Marks
                                       CARO MARKS
8                                      Attorney for Defendant
                                       TROY NELSON

10 DATED:  September 20, 2010          BENJAMIN WAGNER
                                       United States Attorney

12                                     /s/ Samuel Wong
                                       SAMUEL WONG
13                                     Assistant United States Attorney

14 IT IS SO ORDERED.

15 Dated: September 22, 2010           /s/ Kendall J. Newman
                                       Hon. Judge Kendall J. Newman
16                                     United States Magistrate Judge

-2-