```
DANIEL J. BRODERICK, Bar #89424
Federal Defender
CARO MARKS, Bar #159267
Designated Counsel for Service
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700


Attorney for Defendant
TROY NELSON
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. CR-S-09-130 GEB |
| ) | |
| Plaintiff, ) | |
| ) | STIPULATION AND ORDER TO CONTINUE |
| v. ) | STATUS CONFERENCE |
| ) | |
| TROY NELSON, ) | |
| ) | Date:  January 21, 2011 |
| Defendant. ) | Time:  9:00 a.m. |
| ) | Judge: Hon. Garland E. Burrell, Jr. |
| _____ ) | |

Whereas, there was a previously set status conference for December 17, 2010, that was vacated and reset to January 7, 2011, to allow defense counsel, Assistant Federal Defender Caro Marks, to attend to a family medical emergency during a large part of December 2010, and early January 2011, and

Whereas, defense counsel desires additional time to give her sufficient time to review a proposed plea agreement, to discuss it with government counsel, to negotiate any changes thereto, and to discuss the plea agreement and the Rule 11 proceedings with the defendant.

It is hereby stipulated between the parties, the United States of America, through its counsel, Samuel Wong, Assistant United States Attorney, and Caro Marks, attorney for defendant Troy Nelson, as

follows:

1. The current status conference date of January 7, 2011, shall be vacated and a date of January 21, 2011, shall be set for defendant's entry of plea. Additionally, the presently set jury trial date of January 25, 2011, shall be vacated and rescheduled at the January 21, 2011, hearing, if necessary.

2. The period from the date of the previously set December 17, 2010, status conference, up to, and including, the January 21, 2011, hearing shall be excluded in computing the time within which trial of this matter must be commenced under the Speedy Trial Act, pursuant to 18 U.S.C. § 3161(h)(7)(A) & (B)(iv) and Local Code T4, due to continuity of defense counsel and to permit necessary preparation by defense counsel.

Dated: January 5, 2011

                                                Respectfully submitted,

                                                DANIEL BRODERICK
Federal Defender

*/s/ Caro Marks*

CARO MARKS
Assistant Federal Defender
Attorney for Defendant
TROY NELSON

Dated: January 5, 2011

                                                BENJAMIN WAGNER
United States Attorney

*/s/ Samuel Wong*

SAMUEL WONG
Assistant U.S. Attorney

**ORDER**

UPON GOOD CAUSE SHOWN and the stipulation of all parties, it is ordered that the status conference previously set for January 7, 2011, be vacated.  The court sets January 21, 2011 at 9:00 a.m., for the defendant's entry of plea.  The presently set jury trial date of January 25, 2011, is hereby vacated.

Based on the representations of defense counsel and stipulation of the parties, and good cause appearing therefrom, the Court hereby finds that the failure to grant a continuance in this case would deny defendant continuity of defense counsel and deny defense counsel reasonable time necessary for effective preparation, taking into account the exercise of due diligence.  The Court finds that the ends of justice to be served by granting a continuance outweigh the best interests of the public and the defendant in a speedy trial.  It is ordered that time from December 17, 2010, up to, and including, the January 21, 2011 date for entry of plea, shall be excluded from computation of time within which the trial of this matter must be commenced under the Speedy Trial Act pursuant to 18 U.S.C. § 3161(h)(7)(A) & (B)(iv) and Local Code T4.

**IT IS SO ORDERED.**

Dated: January 6, 2011

_____
GARLAND E. BURRELL, JR.
United States District Judge

Nelson s/o                         -3-