DANIEL J. BRODERICK, Bar #89424
Federal Defender
CARO MARKS, Bar #159267
Designated Counsel for Service
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700

Attorney for Defendant
TROY NELSON

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>          Plaintiff,<br><br>  v.<br><br>TROY NELSON,<br><br>          Defendant. | No. CR-S-09-130 GEB<br><br>STIPULATION AND ORDER TO CONTINUE STATUS CONFERENCE<br><br>Date:  January 28, 2011<br>Time:  9:00 a.m.<br>Judge: Hon. Garland E. Burrell, Jr. |

Whereas, there was a previously set status conference for December 17, 2010, that was vacated and reset to January 21, 2011, to allow defense counsel, Assistant Federal Defender Caro Marks, to attend to a family medical emergency during a large part of December 2010, and early January 2011, and

Whereas, defense counsel desires additional time to give her sufficient time to review a proposed plea agreement, to discuss it with government counsel, to negotiate any changes thereto, and to discuss the plea agreement and the Rule 11 proceedings with the defendant.

It is hereby stipulated between the parties, the United States of America, through its counsel, Samuel Wong, Assistant United States Attorney, and Caro Marks, attorney for defendant Troy Nelson, as

follows:

1. The current status conference date of January 21, 2011, shall be vacated and a date of January 28, 2011, shall be set for defendant's entry of plea. Additionally, the presently set jury trial date of January 25, 2011, shall be vacated and rescheduled at the January 28, 2011, hearing, if necessary.

2. The period from the date of the previously set December 17, 2010, status conference, up to, and including, the January 28, 2011, hearing shall be excluded in computing the time within which trial of this matter must be commenced under the Speedy Trial Act, pursuant to 18 U.S.C. § 3161(h)(21)(A) & (B)(iv) and Local Code T4, due to continuity of defense counsel and to permit necessary preparation by defense counsel.

Dated: January 13, 2011

        Respectfully submitted,

        DANIEL BRODERICK
        Federal Defender

        */s/ Caro Marks*

        _____
        CARO MARKS
        Assistant Federal Defender
        Attorney for Defendant
        TROY NELSON

Dated: January 13, 2011

        BENJAMIN WAGNER
        United States Attorney

        */s/ Samuel Wong*

        _____
        SAMUEL WONG
        Assistant U.S. Attorney

**ORDER**

UPON GOOD CAUSE SHOWN and the stipulation of all parties, it is ordered that the status conference previously set for January 21, 2011, be vacated. The court sets January 28, 2011 at 9:00 a.m., for the defendant's entry of plea. The presently set jury trial date of January 25, 2011, is hereby vacated.

Based on the representations of defense counsel and stipulation of the parties, and good cause appearing therefrom, the Court hereby finds that the failure to grant a continuance in this case would deny defendant continuity of defense counsel and deny defense counsel reasonable time necessary for effective preparation, taking into account the exercise of due diligence. The Court finds that the ends of justice to be served by granting a continuance outweigh the best interests of the public and the defendant in a speedy trial. It is ordered that time from December 17, 2010, up to, and including, the January 28, 2011 date for entry of plea, shall be excluded from computation of time within which the trial of this matter must be commenced under the Speedy Trial Act pursuant to 18 U.S.C. § 3161(h)(21)(A) & (B)(iv) and Local Code T4.

**IT IS SO ORDERED.**

Dated: January 13, 2011

GARLAND E. BURRELL, JR.
United States District Judge

Nelson s/o                                                    -3-