1   DANIEL J. BRODERICK, #89424
    Federal Defender
2   CARO MARKS, Bar #159267
    Designated Counsel for Service
3   801 I Street, 3rd Floor
    Sacramento, California 95814
4   Telephone: (916) 498-5700

5

6   Attorney for Defendant
    TROY NELSON

7

8

9              IN THE UNITED STATES DISTRICT COURT

10            FOR THE EASTERN DISTRICT OF CALIFORNIA

11

12

13   UNITED STATES OF AMERICA,    )  No. CR-S-09-130 GEB
                                  )
14             Plaintiff,         )         AMENDED
                                  )  STIPULATION TO MODIFY CONDITIONS
15        v.                      )  OF PRETRIAL RELEASE AND ORDER
                                  )
16   TROY NELSON,                 )
                                  )
17             Defendant.         )
                                  )
18   _____ )

19

20        Troy Nelson, by and through his attorney, Caro Marks, the United

21   States of America, by and through its counsel, Samuel Wong, and

22   Pretrial Services Officer Steven Sheehan, hereby jointly agree and

23   stipulate to amend the defendant's conditions of release as follows:

24        The defendant's conditions of release shall be amended to add the

25   following:

26   **1.  Your travel is restricted to the Eastern District of California**

27   **without the prior consent of the pretrial services officer;**

28   **2.  Shall reside at a residence approved by pretrial services, and**

1    **shall not move without prior approval of Pretrial Services; and**

2    **3.    The defendant is released to the custody of Emma Greer, who will**

3    **be third party custodian.**

4        Accordingly, all parties and Mr. Nelson agree with the above

5    modification.

6    Dated:  February 10, 2011          Respectfully submitted,

7                                       DANIEL J. BRODERICK
                                        Federal Defender
8

9                                       /s/ Caro Marks_____
                                        CARO MARKS
10                                      Attorney for Defendant
                                        TROY NELSON
11

12   DATED:  February 10, 2011          BENJAMIN WAGNER
                                        United States Attorney
13

14                                      /s/ Samuel Wong_____
                                        SAMUEL WONG
15                                      Assistant United States Attorney

16   IT IS SO ORDERED.

17   Dated: February 14, 2011          /s/ Gregory G. Hollows
                                       _____
18                                      Hon. Judge Gregory G. Hollows
                                        United States Magistrate Judge
19

20

21

22

23

24

25

26

27

28

Name of Pleading          -2-