1  DANIEL J. BRODERICK, #89424
   Federal Defender
2  CARO MARKS, Bar #159267
   Designated Counsel for Service
3  RACHELLE BARBOUR, Bar #185395
   801 I Street, 3rd Floor
4  Sacramento, California 95814
   Telephone: (916) 498-5700
5

6

   Attorney for Defendant
7  TROY NELSON

8

9
                        IN THE UNITED STATES DISTRICT COURT
10
                     FOR THE EASTERN DISTRICT OF CALIFORNIA
11

12

13
   UNITED STATES OF AMERICA,        )  No. CR-S-09-130 GEB
14                                   )
                    Plaintiff,       )
15                                   )  STIPULATION TO MODIFY CONDITIONS
        v.                           )  OF PRETRIAL RELEASE AND ORDER
16                                   )
   TROY NELSON,                      )
17                                   )
                    Defendant.       )
18                                   )
   _____  )
19

20
        Troy Nelson, by and through his attorney, Caro Marks, the United
21
   States of America, by and through its counsel, Samuel Wong, and
22
   Pretrial Services Officer Steven Sheehan, hereby jointly agree and
23
   stipulate to amend the defendant's conditions of release as follows:
24
        The defendant's conditions of release shall be amended to add the
25
   following:
26
   **1.  Your travel is restricted to the Eastern District of California and**
27 **the District of Nevada without the prior consent of the pretrial**
   **services officer;**
28

**2.    Shall reside at ///////////////////// [defendant's mother's residence, address on file with pretrial services], and shall not move without prior approval of Pretrial Services; and**

**3.    The defendant is released to the custody of Shawnee Adams, who will again be third party custodian.**

Accordingly, all parties and Mr. Nelson agree with the above

modification.

Dated:  March 1, 2011                        Respectfully submitted,

                                             DANIEL J. BRODERICK
                                             Federal Defender


                                             /s/ Rachelle Barbour for
                                             CARO MARKS
                                             Attorney for Defendant
                                             TROY NELSON


DATED: March 1, 2011                         BENJAMIN WAGNER
                                             United States Attorney


                                             /s/ Samuel Wong
                                             SAMUEL WONG
                                             Assistant United States Attorney

IT IS SO ORDERED.

Dated: March 2, 2011.

                                             EDMUND F. BRENNAN
                                             UNITED STATES MAGISTRATE JUDGE

Name of Pleading                        -2-