```
 1  BENJAMIN B. WAGNER
    United States Attorney
 2  SAMUEL WONG
    Assistant U.S. Attorney
 3  501 I Street, Suite 10-100
    Sacramento, California  95814
 4  Telephone:  (916) 554-2772
 5
 6
 7
 8              IN THE UNITED STATES DISTRICT COURT FOR THE
 9                     EASTERN DISTRICT OF CALIFORNIA
10
11  UNITED STATES OF AMERICA,    )    2:09-CR-00130-GEB
                                 )
12          Plaintiff,           )    PRELIMINARY ORDER OF
                                 )    FORFEITURE
13      v.                       )
                                 )
14  TROY WILLIAM NELSON,         )
                                 )
15          Defendant.           )
    _____)
16
17       Based upon the plea agreement entered into between plaintiff
18  United States of America and defendant Troy William Nelson it is
19  hereby ORDERED, ADJUDGED AND DECREED as follows:
20       1.  Pursuant to 18 U.S.C. § 2253, defendant Troy William
21  Nelson's interest in the following property shall be condemned
22  and forfeited to the United States of America, to be disposed of
23  according to law:
24          (a)  A Dell Computer Model E510, Serial Number 85MP2B1
                 and;
25
            (b)  A Samsung digital media player, Model YP-P2JCB.
26
27       2.  The above-listed property was used or intended to be
28  used to commit or to promote the commission of a violation of 18
```

1  U.S.C. § 2252A(a)(5)(B).

2       3.   Pursuant to Rule 32.2(b), the Attorney General (or a
3  designee) shall be authorized to seize the above-listed property.
4  The aforementioned property shall be seized and held by the U.S.
5  Customs and Border Protection in its secure custody and control.

6       4.   a.   Pursuant to 18 U.S.C. § 2253(b), incorporating 21
7  U.S.C. § 853(n), and Local Rule 171, the United States shall
8  publish notice of the order of forfeiture.  Notice of this Order
9  and notice of the Attorney General's (or a designee's) intent to
10 dispose of the property in such manner as the Attorney General
11 may direct shall be posted for at least 30 consecutive days on
12 the official internet government forfeiture site
13 www.forfeiture.gov.  The United States may also, to the extent
14 practicable, provide direct written notice to any person known to
15 have alleged an interest in the property that is the subject of
16 the order of forfeiture as a substitute for published notice as
17 to those persons so notified.

18          b.   This notice shall state that any person, other than
19 the defendant, asserting a legal interest in the above-listed
20 property, must file a petition with the Court within sixty (60)
21 days from the first day of publication of the Notice of
22 Forfeiture posted on the official government forfeiture site, or
23 within thirty (30) days from receipt of direct written notice,
24 whichever is earlier.

25      5.   If a petition is timely filed, upon adjudication of all
26 third-party interests, if any, this Court will enter a Final
27 ///
28 ///

Order of Forfeiture pursuant to 18 U.S.C. § 2253, in which all interests will be addressed.

Dated:  March 10, 2011

_____
GARLAND E. BURRELL, JR.
United States District Judge