1  BENJAMIN B. WAGNER
   United States Attorney
2  SAMUEL WONG
   Assistant U.S. Attorney
3  501 I Street, Suite 10-100
   Sacramento, California  95814
4  Telephone: (916) 554-2700

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. 2:09-CR-00130-GEB |
| Plaintiff, | ) | FINAL ORDER OF FORFEITURE |
| v. | ) | |
| TROY WILLIAM NELSON, | ) | |
| Defendant. | ) | |

WHEREAS, on or about March 10, 2011, this Court entered a Preliminary Order of Forfeiture pursuant to the provisions of 18 U.S.C. § 2253, based upon the plea agreement entered into between plaintiff and defendant Troy William Nelson and the finding of forfeiture by the Court forfeiting to the United States the following property:

       a)  A Dell Computer Model E510, Serial Number 85MP2B1; and

       b)  A Samsung digital media player, Model YP-P2JCB.

AND WHEREAS, beginning on March 15, 2011, for at least 30 consecutive days, the United States published notice of the

1  Court's Order of Forfeiture on the official internet government
2  forfeiture site www.forfeiture.gov.  Said published notice
3  advised all third parties of their right to petition the Court
4  within sixty (60) days from the first day of publication of the
5  notice for a hearing to adjudicate the validity of their alleged
6  legal interest in the forfeited property.
7       AND WHEREAS, the Court has been advised that no third party
8  has filed a claim to the subject property, and the time for any
9  person or entity to file a claim has expired.
10      Accordingly, it is hereby ORDERED and ADJUDGED:
11      1.  A Final Order of Forfeiture shall be entered forfeiting
12 to the United States of America all right, title, and interest in
13 the above-listed property pursuant to 18 U.S.C. § 2253, to be
14 disposed of according to law, including all right, title, and
15 interest of Troy William Nelson.
16      2.  All right, title, and interest in the above-listed
17 property shall vest solely in the name of the United States of
18 America.
19      3.  United States Customs and Border Protection shall
20 maintain custody of, and control over, the subject property until
21 it is disposed of according to law.
22 Dated:  December 30, 2011

_____
GARLAND E. BURRELL, JR.
United States District Judge

2                    Final Order of Forfeiture